UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Ashley Kristine Daniels, ) | Civil Action No. 6:17-cv-627-MBS-KFM |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **O R D E R** |
| Nancy A. Berryhill, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

On March 7, 2017, Plaintiff Ashley Kristine Daniels brought this action seeking judicial review of Defendant Commissioner's denial of Plaintiff's application for children's insurance benefits and for supplemental security income. On November 13, 2017, Defendant filed a motion for entry of judgment with order of remand pursuant to sentence four of 42 U.S.C. § 405(g). Defendant contends that the case would benefit from additional administrative development. Specifically, Defendant contends that the Appeals Council should instruct an administrative law judge to complete the administrative record and call a medical expert, if warranted; further evaluate Plaintiff's impairments at step two of the sequential evaluation process; further evaluate of Plaintiff's impairments at step three, including Plaintiff's intellectual functioning and articulate whether the impairments meet or medically equal any of the Commissioner's listed impairments; and issue a new decision. Plaintiff consents to the motion. Accordingly,

Defendant's motion (ECF No. 17) is **granted**. The case is **reversed** and **remanded** pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration as set forth herein.

**IT IS SO ORDERED**.

/s/ Margaret B. Seymour
Senior United States District Judge

Columbia, South Carolina
November 14, 2017