# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Ashley Kristine Daniels, <br> *Plaintiff* <br> v. <br> Commissioner Social Security Administration, <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> )  Civil Action No.  6:17-cv-00627-MBS-KFM |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with
costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____.

■ other: the Commissioner's decision is reversed and the action is remanded for further administrative action.


This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Margaret B. Seymour.


Date:    November 14, 2017                              *ROBIN L. BLUME, CLERK OF COURT*


                                                      s/Ashley Buckingham, Deputy Clerk
                                                      *Signature of Clerk or Deputy Clerk*